JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SOHRAB SAHAB,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LEROY BACA, Warden,<br><br>　　　　Respondent.<br>_____<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Real Party in Interest.<br>_____ | No. CV 11-7061-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 8, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE